## STATEMENT OF FACTS

Your affiant, Christopher Truslow, is employed as a Special Agent with the Department of Justice Federal Bureau of Investigation. Specifically, I am assigned to the Washington Field Office, tasked with investigating criminal activity in and around Washington D.C. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of violations of Federal criminal laws. The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

On January 7, 2021, a concerned citizen (Witness 1) contacted the Federal Bureau of Investigation (FBI) National Threat Operations Center (NTOC) to report the potential identity of a subject related to the violence at the United States Capitol Building on January 6, 2021. Your affiant subsequently conducted a follow up interview with Witness 1 regarding the information it had regarding this incident.

On January 8, 2021, your affiant spoke with Witness 1 via telephone. Witness 1 stated they were on Twitter when they came across a screenshot from a video. The screenshot showed a picture of a white male inside the United States Capitol Building, wearing a black sweatshirt with the words "American Supremacist" written on the front. The man was also wearing a ball cap and is holding a cell phone in his hand. The screenshot was included in a "tweet" from Twitter handle @vagate, and included a retweet by Twitter handle @4TheCulture_ with the screenshot of a video and the words reading "The mans name in the "American Supremacist" is Dennis Sidorski and he is a manager of Adesa D.C. @shaunking @shaunking @shaunking EXPOSE HIM". The source of writing in the screenshot is unknown and Twitter handle @vagate does not provide any information about who posted or provided the content of the screenshot in his "tweet". Twitter handle @vagate tags @ADESAauction and asks if they can confirm the information written in the screenshot. Below is the screenshot observed by Witness 1:




Witness 1 said they decided to investigate the information provided by this screenshot. Witness 1 located the source of the video within the retweet by Twitter handle @4TheCulture_ containing the screenshot showing the individual identified as Sidorski. Witness 1 determined the video was from Twitter handle @BGOnTheScene and provided your affiant with the location of the video, which was at https://twitter.com/BGOnTheScene/status/1346913462090285058?s=20.

After finding the video, Witness 1 said they began to research Dennis Sidorski and ADESA D.C. Witness 1 located a video at https://www.nadafoundation.org/updates/bidding-on-a-high-paced-career-the-service-technicians-at-adesa/. Upon watching the ADESA video, Witness 1 saw an individual in the video identified as Dennis Sidorski, Operations Manager, ADESA Washington, D.C. Witness 1 took a screenshot of the man in the video and compared it to the screenshot of the man inside the United States Capitol Building and believes they are the same person. It was at this point Witness 1 reported this information to FBI NTOC. Below is the comparison of the two photographs Witness 1 made:

 

Your affiant has viewed the video located at https://twitter.com/BGOnTheScene/status/1346913462090285058?s=20.  The video is 24 seconds long and is narrated by a man saying they are in "the Capitol Building".  It was posted to Twitter by Twitter handle @BGOnTheScene on January 6, 2021.  The video shows the man in the black sweatshirt with "American Supremacist" written on it walk past the person videotaping the incident.

Your affiant has also viewed the video located at https://www.nadafoundation.org/updates/bidding-on-a-high-paced-career-the-service-technicians-at-adesa/.  This video is 2 minutes 57 seconds long and is about the service technicians that work at ADESA Washington, D.C.  15 seconds into the video, a male in the video is identified as Dennis Sidorski, Operations Manager, ADESA Washington DC, as seen below.  The individual identified in the lower-right corner of the video as Dennis Sidorski bears strong similarities to the likeness and physical characteristics of the man in the aforementioned video filmed inside the United States Capitol Building January 6, 2021.



During the course of this investigation, your affiant searched open source resources and located DENNIS SIDORSKI (SIDORSKI), of Ashburn, Virginia, date of birth (DOB) 06/30/1974.  Upon running a query of SIDORSKI by name and DOB through the Virginia Department of Motor Vehicles (DMV), your affiant obtained a DMV photograph of SIDORSKI which appears consistent with the man in the screenshots mentioned above, as seen below.



Your affiant also contacted an officer with knowledge of the layout of the US Capitol Building and determined that the specific location in which SIDORSKI is pictured in the video inside the US Capitol Building is specifically Statuary Hall.

On January 13, 2021, your affiant spoke to Witness 2, who had also provided a tip to law enforcement. Witness 2 confirmed they submitted a tip to the FBI regarding SIDORSKI. Witness 2 stated they worked at Adesa in Washington D.C. from sometime in 2016 until April 2020 and that Witness 2 stated that they knew SIDORSKI from working with him at that location. When your affiant asked Witness 2 to provide a further explanation for the tip Witness 2 had submitted, Witness 2 said they were sent a video via text message by a friend. The video Witness 2 received was the same video located at https://twitter.com/BGOnTheScene/status/1346913462090285058?s=20, referenced above. Upon initially viewing the video, Witness 2 said they did not recognize SIDORSKI due to the picture quality having an "orangish" look to it. However, after being told by the person that texted them the video that SIDORSKI was in the video, Witness 2 confirmed that the video did contain SIDORSKI and then relayed this information to law enforcement in the tip.

On January 13, 2021, your affiant interviewed another individual, Witness 3. Witness 3 worked for SIDORSKI approximately ten years ago at Adesa in Washington, D.C. Witness 3 stated that a family member of theirs still maintains contact with SIDORSKI. After seeing the events at the United States Capitol on January 6, 2021, Witness 3 began to wonder if SIDORSKI was there. Witness 3 texted SIDORSKI and did not receive a response. After receiving no response, Witness 3 texted their family member who still maintains contact with SIDORSKI asking them if they knew if SIDORSKI was at the event. In return Witness 3 received two videos from their family member supposedly taken by SIDORSKI inside the United States Capitol Building on January 6, 2021. At the time of the interview, Witness 3 had not seen any footage or still photographs of SIDORSKI being at the United States Capitol Building on January 6, 2021.

Your affiant directed Witness 3 to view the video that is located at https://twitter.com/BGOnTheScene/status/1346913462090285058?s=20. Your affiant told Witness 3 to look at the video and to advise if anyone in the video looked like the person they know as DENNIS SIDORSKI. Witness 3 watched the video and informed your affiant that DENNIS SIDORSKI is in the video and is wearing the "American Supremacist" sweatshirt.

Based on the foregoing, your affiant submits that there is probable cause to believe that SIDORSKI violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that SIDORSKI violated 40 U.S.C. § 5104(e)(2)(D) & (G), which makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

_____
Christopher Truslow
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 14th day of January 2021.

_____
ZIA M. FARUQUI
U.S. MAGISTRATE JUDGE